UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>HOVG, LLC dba BAY AREA CREDIT SERVICE, a limited liability company,<br><br>　　　　　Defendant. | CASE NO. 3:14-CV-02549-SC<br><br>[~~PROPOSED~~] ORDER RE: STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO CONDUCT MEDIATION |

　　Having considered the parties stipulation and joint request to continue the deadline to conduct a mediation in this matter, the Court rules as follows:

　　The stipulation is approved. The deadline for the parties to conduct a mediation is hereby continued to June 30, 2015.

　　IT IS SO ORDERED.

DATED: April 9, 2015

　　　　　　　　　　　　　　　　　　　　　　／s／ Samuel Conti
　　　　　　　　　　　　　　　　　　　　　　Hon. Samuel Conti
　　　　　　　　　　　　　　　　　　　　　　United States Senior District Judge