UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>HOVG, LLC d/b/a BAY AREA CREDIT SERVICE, a limited liability company,<br><br>　　　　Defendant. | CASE NO. 3:14-CV-02549-SC<br><br>[~~PROPOSED~~] ORDER GRANTING THE PARTIES' STIPULATION TO MOVE THE CASE MANAGEMENT CONFERENCE DATE |

　　　Having considered the Parties' stipulation and joint request to permit the Parties to move the Case Management Conference, currently set for May 1, 2015, to June 25/26, 2015, the Court hereby GRANTS the Parties stipulation based on GOOD CAUSE SHOWN and RESCHEDULES Case Management Conference for June 26, 2015. **IT IS SO ORDERED.**

DATED: 04/29/2015

　　　　　　　　　　　　　　　　　　　　　　　Hon. [Samuel Conti]
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

*(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Samuel Conti)*

1