# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

DESIREE ALVARADO, on behalf of herself and all others similarly situated,

        Plaintiff,

        vs.

HOVG, LLC dba BAY AREA CREDIT SERVICE, a limited liability company,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO. 3:14-CV-02549-HSG

**ORDER RE: STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO CONDUCT MEDIATION**

Having considered the parties' joint stipulation to continue the deadline to conduct the court ordered mediation in this matter, the Court ORDERS:

The stipulation is GRANTED.  The deadline for the parties to conduct a mediation will be set at the Case Management Conference.

IT IS SO ORDERED.

DATED:  June 23, 2015

Hon. Haywood S. Gilliam, Jr.
United States Senior District Judge

{00030645;1}

1

[PROPOSED] ORDER
CASE NO. 3:14-CV-02549-HSG