UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>  vs.<br><br>HOVG, LLC d/b/a BAY AREA CREDIT SERVICE, a limited liability company,<br><br>    Defendant. | CASE NO. 3:14-CV-02549-HSG<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED REQUEST TO APPEAR TELEPHONICALLY AT THE JULY 7, 2015 CASE MANAGEMENT CONFERENCE** |

  Having considered Plaintiff Desiree Alvarado's unopposed request that her attorney be permitted to appear telephonically at the upcoming Case Management Conference, and for GOOD CAUSE SHOWN, this Court hereby GRANTS this request. **IT IS SO ORDERED.**

DATED: June 23, 2015

                *[signature]*
                Hon. Haywood S. Gilliam, Jr.
                United States District Judge

1

UNOPPOSED REQUEST BY PLAINTIFF DESREE ALVARADO TO APPEAR TELEPHONICALLY AT THE JULY 7, 2015 CASE MANAGEMENT CONFERENCE - ~~PROPOSE~~D ORDER