UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO, on behalf of herself and all others similarly situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>HOVG, LLC dba BAY AREA CREDIT SERVICE, a limited liability company,<br><br>  Defendant. | CASE NO. 3:14-CV-02549-HSG<br><br>[PROPOSED] ORDER RE: EXPERT AND MEDIATION DEADLINES |

Having considered the parties' Stipulation Re: Expert and Mediation Deadlines, the Court rules as follows:

The Stipulation is approved. The Court hereby sets the following deadlines regarding experts and mediation:

| | |
|---|---|
| Mediation completion date: | September 30, 2015 |
| Initial exchange of experts: | October 30, 2015 |
| Supplemental exchange of experts: | November 20, 2015 |
| Initial expert reports: | December 4, 2015 |
| Supplemental expert reports: | December 18, 2015 |

IT IS SO ORDERED.

DATED: 8/6/2015

Hon. Haywood S. Gilliam Jr.
United States District Judge

{00035231;1}

1

[PROPOSED] ORDER
CASE NO. 3:14-CV-02549-HSG