UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO,<br><br>         Plaintiff,<br><br>   v.<br><br>HOVG, LLC,<br><br>         Defendant. | Case No. 14-cv-02549-HSG   (MEJ)<br><br>**ORDER RE: JOINT DISCOVERY LETTER**<br><br>Re: Dkt. No. 79 |

As the parties have not filed a joint statement verifying they met in person prior to filing the pending discovery dispute letter (Dkt. No. 79), the request is DENIED WITHOUT PREJUDICE. The parties shall comply with the undersigned's Discovery Standing Order.

**IT IS SO ORDERED.**

Dated: September 9, 2015

                                                          MARIA-ELENA JAMES<br>                                                          United States Magistrate Judge