UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO, on behalf of herself and all others similarly situated, | CASE NO. 3:14-CV-02549-HSG |
| Plaintiff, | **ORDER RE: STIPULATION AND JOINT REQUEST TO CONTINUE DEADLINE TO CONDUCT MEDIATION** |
| vs. | |
| HOVG, LLC dba BAY AREA CREDIT SERVICE, a limited liability company, | |
| Defendant. | |

Having considered the parties' joint stipulation to continue the deadline to conduct the court ordered mediation in this matter, the Court ORDERS:

The stipulation is GRANTED.  The deadline for the parties to conduct a mediation is now set for November 13, 2015.

IT IS SO ORDERED.

DATED:  9/17/2015

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge