UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO,<br><br>        Plaintiff,<br><br>   v.<br><br>HOVG, LLC,<br><br>        Defendant. | Case No. 14-cv-02549-HSG<br><br>**ORDER REGARDING RULE 68 SETTLEMENT**<br><br>Re: Dkt. No. 86 |

       The Court has reviewed Defendant HOVG, LLC dba Bay Area Credit Service, LLC's Federal Rule of Civil Procedure 68 Offer of Judgment and Plaintiff Desiree Alvarado's notice of acceptance. *See* Dkt. No. 86.

       Accordingly, the Court **ENTERS FINAL JUDGMENT** against Defendant in the amount of $43,000 in settlement of Plaintiff's individual claims arising under the Telephone Consumer Protection Act, 47 U.S.C. § 227, and the Fair Debt Collections Practices Act, 15 U.S.C. § 1692, exclusive of fees and costs. This judgment shall be with prejudice as to Plaintiff's individual claims and without prejudice to the class members' claims arising under these statutes.

       As described in Plaintiff's notice, Plaintiff and Defendant will meet and confer as to the amount of attorneys' fees and costs. Plaintiff should file a regularly-notice motion in the event that the parties cannot agree on the amount of attorneys' fees and costs to be added to the judgment. The parties shall either agree on an amount or Plaintiff shall file a motion seeking reasonable attorneys' fees and costs no later than 28 days from the date of this order.

       **IT IS SO ORDERED.**

Dated: 10/13/2015

                                                      HAYWOOD S. GILLIAM, JR.
                                                      United States District Judge