Kira M. Rubel (CA SBN/ 253970)
**LAW OFFICES OF KIRA M. RUBEL**
555 West Beech Street, Suite 230
San Diego, CA 92101
Tel: (800) 836-6531

David P. Schafer (TX SBN/ 00797865) *Admitted Pro hac vice*
Brian J. Trenz (TX SBN/24067911) *Admitted Pro hac vice*
**LAW OFFICES OF DAVID P. SCHAFER**
2139 N.W. Military HWY, Suite 200
San Antonio, TX 78213
Tel: (210) 348-0500
Fax: (210) 348-0520

*Attorneys for Plaintiff Desiree Alvarado*

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DESIREE ALVARADO, on behalf of herself and all others similarly situated,**<br><br>     **Plaintiff,**<br><br>vs.<br><br>**HOVG, LLC, d/b/a BAY AREA CREDIT SERVICE LLC, a Limited Liability Company,**<br><br>     **Defendant.** | CASE NO.  3:14-CV-02549-HSG<br><br>**PLAINTIFF DESIREE ALVARADO'S NOTICE OF MOTION AND MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS**<br><br>**Date: December 17, 2015<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam<br>Location: Courtroom 15, San Francisco Courthouse, 450 Golden Gate Ave., San Francisco, CA** |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE that Plaintiff Desiree Alvarado, on behalf of herself and all others similarly situated, will move the Court for reimbursement of attorney's fees and costs on December 17, 2015 at 2:00 p.m. before Honorable Haywood S. Gilliam in Courtroom 15 of the United States District Court, Northern District of

1 California, San Francisco Courthouse located at 450 Golden Gate Ave., San
2 Francisco, California or as soon thereafter as counsel may be heard.
3     This motion is based on this Notice, the Memorandum of Points and
4 Authorities filed herewith, the Declarations and accompanying exhibits filed
5 herewith, the documents and records on file in this matter, and such additional
6 arguments, authorities and evidence as may be presented at the hearing on this
7 motion.  A Proposed Order Granting Motion for Attorney's Fees and Costs is
8 submitted herewith.
9     Respectfully submitted,

By:   */s/ Kira M. Rubel*
       Kira M. Rubel, Esq.