Kira M. Rubel (CA SBN/ 253970)
**LAW OFFICES OF KIRA M. RUBEL**
555 West Beech Street, Suite 230
San Diego, CA 92101
Tel: (800)-836-6531

David P. Schafer (TX SBN/ 00797865) *Admitted Pro hac vice*
Brian J. Trenz (TX SBN/24067911) *Admitted Pro hac vice*
**LAW OFFICES OF DAVID P. SCHAFER**
2139 N.W. Military HWY, Suite 200
San Antonio, TX 78213
Tel: (210) 348-0500
Fax: (210) 348-0520

*Attorneys for Plaintiff, Desiree Alvarado*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>HOVG, LLC, d/b/a BAY AREA CREDIT SERVICE LLC, a Limited Liability Company,<br><br>Defendant. | CASE NO. 3:14-CV-02549-HSG<br><br>**DECLARATION OF AGUEDA ANA BALDERAMMA IN SUPPORT OF PLAINTIFF'S MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS** |

1. My name is Agueda Ana Balderrama. I am a paralegal and office manager for the Law Offices of David Schafer, PLLC. I have been employed at the Law Offices of David Schafer since December 2008. I have worked on this litigation and have maintained a

1. precise list of expenses since the case began to the present day. I make the following statements based upon my own personal knowledge and, if called to testify regarding any of the statements contained in this Declaration to the Court, I can and would do so competently.

2. I submit this declaration in support of Plaintiff's request for costs incurred by the Law Offices of David Schafer in connection with prosecuting this case. In connection with this case and all cases that require detailed logs of printing and other services for which we have leased equipment, it is my normal and customary practice to keep track of the number of printed pages. This is my normal and customary practice because the printing lease has a graduated price based upon use. In connection with this case, the Law Offices of David Schafer printed out 853 copy pages. Additionally, bills were also incurred and paid for the following: *Pro Hac Vice* fees, depositions fees, and service of process fees. I have attached to this declaration our "Rule 54 Cost Invoice," which correctly states all costs incurred by the Law Offices of David Schafer and the Law Offices of Kira M. Rubel; $3,580.46.

3. Ms. Rubel informed me that her office had printed 927 pages attributable to this case.

4. We ordinarily charge $0.25 per printed page to our clients.

5. We received no contribution of funds from any outside source to prosecute this case. This case was entirely funded by my office and the Law Offices of Kira M. Rubel.

I declare the foregoing is true and correct under penalty of perjury and the laws of the United States of America.

Date: November 2, 2015

/s/ Agueda Ana Balderrama
AGUEDA ANA BALDERRAMA
Paralegal
The Law Offices of David Schafer

EXHIBIT "A"

**Desiree Alvarado v. Bay Area Credit Service, LLC**
Northern District of California – San Francisco
Case No. 3:14-cv-02549-HSG

**Rule 54 Cost Invoice:**

| Item | Date | Amount |
|---|---|---|
| Filing fee - Complaint | 06/03/2014 | $400.00 |
| Service fee - Complaint | 07/09/2014 | $69.00 |
| Deposition Fee – Kelly Wilson | 05/12/2015 | $909.66 |
| Filing Fee – Prohac vice Brian J. Trenz | 07/14/2015 | $305.00 |
| Filing Fee – Letter of Good Standing | 07/21/2015 | $10.00 |
| Filing Fee – Letter of Good Standing | 07/21/2015 | $10.00 |
| Filing Fee – Prohacvice David P. Schafer | 07/28/2015 | $305.00 |
| Deposition Fee – Veritext | 08/20/2015 | $681.80 |
| Service Fee – Subpoena LexisNexis | 08/28/2015 | $145.00 |
| Printing (1,780 pages at $0.25 per page) | All | $445.00 |
| Westlaw | All | $300.00 |
| **TOTAL** | | **$3,580.46** |