1  Kira M. Rubel (CA SBN/ 253970)
   **LAW OFFICES OF KIRA M. RUBEL**
2  555 West Beech Street, Suite 230
3  San Diego, CA 92101
   Tel: (800)-836-6531
4

5  David P. Schafer (TX SBN/ 00797865) *Admitted Pro hac vice*
   Brian J. Trenz (TX SBN/24067911) *Admitted Pro hac vice*
6  **LAW OFFICES OF DAVID P. SCHAFER**
7  2139 N.W. Military HWY, Suite 200
   San Antonio, TX 78213
8  Tel: (210) 348-0500
9  Fax: (210) 348-0520

10
   *Attorneys for Plaintiff, Desiree Alvarado*
11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15

16 DESIREE ALVARADO, on behalf of       )
   herself and all others similarly     )   CASE NO.  3:14-CV-02549-HSG
17 situated,                            )
                                        )
18      Plaintiff,                      )   **DECLARATION OF DAVID P.
                                        )   SCHAFER IN SUPPORT OF
19                                      )   PLAINTIFF'S MOTION FOR
   vs.                                  )   REIMBURSEMENT OF
20                                      )   ATTORNEY'S FEES AND
                                        )   COSTS**
21 HOVG, LLC, d/b/a BAY AREA            )
   CREDIT SERVICE LLC, a                )
22 Limited Liability Company,           )
                                        )
23      Defendant.                      )
24 _____

25

26

27

28

                                    1
                    *DECL. SCHAFER ISO OF PLAINTIFF'S MOTION FOR FEES
                                    CASE NO.  14-cv-02549-HSG*

1. My name is David P. Schafer. I am a partner at the Law Offices of David P. Schafer PLLC, and I am an attorney of record for Plaintiff, Desiree Alvarado. I make the following statements based upon my own personal knowledge and, if called to testify regarding any of the statements contained in this declaration to the Court, I can and would do so competently.

2. I am an attorney admitted to the Bar of the State of Texas and was admitted *pro hac vice* before the Northern District of California. I am admitted to practice in the Western District of Texas and have been admitted to appear *pro hac vice* in the Southern District of California, District of Colorado, Middle District of Florida, and Middle District of Georgia.

3. I submit my declaration in support of Plaintiff's request for attorneys' fees and costs associated with the Fair Debt Collection Practices Act claim in this matter and the Fed. R. Civ. P. 68 Offer of Judgment permitting the same. During this case, I kept contemporaneous records concerning my billable hours as they relate to this case. As of the date of this Declaration, the total "billable hours" I have expended concerning the FDCPA claim in this case total 12.3 hours.

4. Much of my practice is dedicated to Consumer Litigation in a 200 miles radius across the State of Texas. However, the bulk of our case work involves consumer related claims in San Antonio, Texas.

5. My billable hourly rate is $450, for a total personal lodestar of $5,535.00. This hourly rate is the usual and customary hourly rate that I charge for class action representation across the country. The remainder of my business is conducted on a contingency basis or for a flat fee, since I represent consumers who are typically in debt and in need of low cost, or no cost (to them), legal assistance. Moreover, I am familiar with the hourly rate of consumer law attorneys in class action litigation matters which are similar to the

present litigation, and my hourly rate is consistent with or less than the hourly rate of other consumer law attorneys with my level of experience.

6. Had I not expended the hours worked on this case, I would have worked those hours on other consumer law cases being handled by my office. The complete compilation of my detailed billable hours is attached at Exhibit A to this declaration.

7. Agueda Balderrama is a paralegal and the custodian of records for my law firm. She keeps accurate and contemporaneous records of all expenses incurred by the firm in connection with every case filed. I have reviewed her declaration and based upon my knowledge of what has transpired in this case, I believe Ms. Balderamma's declaration properly and accurately states all expenses incurred by my firm and Ms. Rubel's firm in connection with this case.

8. I have been licensed since 1996 and have been practicing almost exclusively in the area of consumer law since 2005. I have literally represented hundreds of consumers in debt defense and consumer matters under the Fair Debt Collections Practices Act, Telephone Consumer Protection Act, and the companion state law statutes. I am extremely familiar with this type of litigation and, in fact, it is the entire focus of my law firm.

9. In my wide-ranging experience in consumer cases, the results we obtained by this settlement are at the higher end of what can be expected for an individual settlement alleging these types of claims. I am extremely pleased with this result for the client.

10. This particular case was quite risky since, from the very beginning, defense counsel informed us that Defendant would have trouble paying for a class settlement or judgment. Thus, our firms undertook significant risk in pushing forward regardless and expending as much time as we did, in prosecution of these claims.

11. We received no contribution of funds from any outside source to prosecute this case. This case was entirely funded by my office and the Law Offices of Kira M. Rubel.

I declare the foregoing under penalty of perjury and the laws of the United States of America.

Date: November 3, 2015

/s/
David P. Schafer
Attorney for Plaintiff, Desiree Alvarado
Law Offices of David Schafer

EXHIBIT "A"

**Lodestar** – FDCPA Claim ONLY
Alvarado v. Bay Area, Case No. 14-cv-02549-HSG
*Attorney David P. Schafer*

| Date | Total Hours | FDCPA Portion | Description |
| --- | --- | --- | --- |
| 12/19/14 | 2.0 | .4 | Review discovery responses. Confer with co-counsel. |
| 1/28/15 | .1 | .1 | Confer with co-counsel regarding insurance policy. |
| 2/11/15 | .4 | .2 | Confer with co-counsel concerning policy coverage issues. |
| 3/7/15 | .2 | .1 | Confer with co-counsel regarding depos. |
| 3/12/15 | .2 | .2 | Confer with co-counsel regarding potential FDCPA claim. |
| 3/13/15 | .5 | .5 | Follow up with co-counsel concerning policy and potential FDCPA claim. |
| 3/17/15 | .4 | .2 | Confer with co-counsel regarding amending petition. |
| 3/25/15 | .2 | .2 | Confer with co-counsel regarding FDCPA claim. |
| 3/30/15 | .4 | .1 | Discuss Live Vox with co-counsel. |
| 4/02/15 | 1.7 | .2 | Review email from multiple sources concerning litigation status. |
| 4/7/15 | .3 | .1 | Discuss subpoena with co-counsel. |
| 5/2/15 | .1 | .1 | Discuss FDCPA claim and client meeting discussion BT had with KR. |
| 5/11/15 | .5 | .5 | Conference call with co-counsel concerning FDCPA, petition, discovery. |
| 5/13/15 | .5 | .5 | Confer with BT regarding amended complaint. |
| 5/16/15 | .7 | .7 | Review amended complaint drafted by KR and discuss same with co-counsel. |
| 5/18/15 | .4 | .4 | Confer with co-counsel regarding amended complaint and conference with opposing counsel. |
| 6/05/15 | .5 | .2 | Review offer of judgment and discuss same with co-counsel. |
| 6/22/15 | .1 | .1 | Review stipulation and proposed order to Extend Mediation deadline. |

**Lodestar** – FDCPA Claim ONLY
Alvarado v. Bay Area, Case No. 14-cv-02549-HSG
*Attorney David P. Schafer*

| | | | |
|---|---|---|---|
| 6/23/15 | .1 | .1 | Review orders granting stipulation to extend the mediation deadline and motion to appear by telephone. |
| 6/24/15 | .2 | .1 | Review Defendant's Motion to Appear by Telephone and proposed order, Courts order on same and Clerk's notice. |
| 7/01/15 | .7 | .7 | Review Case Management Statement and discuss status with co-counsel. |
| 7/07/15 | .2 | .2 | Review Clerk's Notice, and Minute Entry. |
| 7/08/15 | .6 | .6 | Discuss CMC and deadlines with co-counsel. |
| 7/10/15 | .3 | .3 | Discuss discovery issues with co-counsel. |
| 7/14/15 | .5 | .5 | Discuss Live Vox deposition topics and evidentiary issues with co-counsel. |
| 7/30/15 | .2 | .2 | Review Stipulation with Proposed Order Re: Expert and Mediation Deadlines. |
| 8/06/15 | .3 | .3 | Review Clerks Notice concerning Plaintiff's Motion for Leave to File Amended Petition. |
| 8/07/15 | .1 | .1 | Review order granting Stipulation Re: Expert and Mediation Deadlines. |
| 8/19/15 | .5 | .5 | Review Order Granting in Part and Denying in Part Motion for Leave to File, and discuss same with co-counsel. |
| 8/21/15 | .2 | .2 | Discuss Mediation with co-counsel. |
| 8/25/15 | .2 | .2 | Discuss Amended complaint pleading with co-counsel. |
| 9/01/15 | .1 | .1 | Review notice of filing Amended Complaint. |
| 9/01/15 | .3 | .3 | Confer with BT regarding Joint Discovery letter and proposed order. |
| 9/08/15 | .5 | .5 | Discuss mediation with co-counsel. |
| 9/09/15 | .3 | .3 | Discuss case status with co-counsel. |
| 9/14/15 | .4 | .4 | Discuss Cert Motion with |

**Lodestar** – FDCPA Claim ONLY
Alvarado v. Bay Area, Case No. 14-cv-02549-HSG
*Attorney David P. Schafer*

|  |  |  |  |
|---|---|---|---|
|  |  |  | co-counsel. |
| 9/16/15 | .5 | .5 | Discuss Settlement of case with co-counsel. |
| 9/17/15 | .2 | .2 | Discuss case status with co-counsel. |
| 10/09/15 | .2 | .2 | Review emails from opposing counsel and co-counsel. |
| 10/12/15 | .2 | .2 | Review emails from opposing counsel and co-counsel. |
| 10/19/15 | .6 | .6 | Finalize and correct Declaration in support of Fee Application |
| 10/20/15 | .2 | .2 | Discuss fee application with BT |
| **TOTAL** |  | **12.3 hours** |  |
| **TOTAL @ $450/hour** |  | **$5,535.00** |  |