1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>HOVG, LLC dba BAY AREA CREDIT SERVICE, LLC, a limited liability company,<br><br>    Defendant. | CASE NO. 3:14-CV-02549-HSG<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF's REQUEST FOR REIMBURSEMENT OF FEES AND COSTS**<br><br>Date: December 17, 2015<br>Time: 2:00 p.m.<br>Judge: Hon. Haywood S. Gilliam<br>Location: Courtroom 15, San Francisco Courthouse, 450 Golden Gate Ave., San Francisco, CA |

Having considered Plaintiff DESIREE ALVARADO's ("Plaintiff") Motion for Reimbursement of Fees and Costs, and based upon the moving papers, the attached declarations and exhibits, and argument submitted on this matter, this Court finds that for GOOD CAUSE SHOWN:

//

//

Plaintiff's request for reimbursement of fees in the amount of _____ is HEREBY GRANTED.  Plaintiff's requested fee reimbursement is found to be reasonable under the lodestar calculation used in the Ninth Circuit. <u>Camacho v. Bridgeport Financial, Inc.</u>, 523 F.3d 973, 978 (9th Cir. 2008). Plaintiff's Counsels' hours have been reviewed and are deemed reasonable and their hourly rates are within the range ordinarily granted within this judicial district.

Plaintiff's request for reimbursement of fees in the amount of _____ is also HEREBY GRANTED.  All of the requested taxable costs are considered reimbursable within the Northern District of California.  <u>Garcia v. Resurgent Capital Servs., L.P.</u>, No. 2012 WL 3778852, at *12 (N.D. Cal. Aug. 30, 2012).

Defendant is ORDERED to pay these fees and costs within \_\_\_\_ days of this Order.

**IT IS SO ORDERED.**

DATED: _____, 2015

_____
Hon. Haywood S. Gilliam
United States District Judge