1  Kira M. Rubel (CA SBN/ 253970)
2  **LAW OFFICES OF KIRA M. RUBEL**
   555 West Beech Street, Suite 230
3  San Diego, CA 92101
   Tel: (800) 836-6531
4

5  David P. Schafer (TX SBN/ 00797865) *Admitted Pro hac vice*
   Brian J. Trenz (TX SBN/24067911) *Admitted Pro hac vice*
6  **LAW OFFICES OF DAVID P. SCHAFER**
7  2139 N.W. Military HWY, Suite 200
   San Antonio, TX 78213
8  Tel: (210) 348-0500
9  Fax: (210) 348-0520

10
   *Attorneys for Plaintiff, Desiree Alvarado*
11

12
                    UNITED STATES DISTRICT COURT
13
                   NORTHERN DISTRICT OF CALIFORNIA
14

15

16 **DESIREE ALVARADO, on behalf of**    )
   **herself and all others similarly**  )   CASE NO.  3:14-CV-02549-HSG
17 **situated,**                         )
                                         )   PROOF OF SERVICE
18       **Plaintiff,**                  )
19                                       )
   **vs.**                               )
20                                       )
                                         )
21 **HOVG, LLC, d/b/a BAY AREA**         )
   **CREDIT SERVICE LLC, a**             )
22 **Limited Liability Company,**        )
                                         )
23                                       )
         **Defendant.**                  )
24 ─────────────────────────────────

25

26

27

28
                              1

I declare that I am over the age of eighteen (18) years and am not a party to this action. I work in the County of San Diego, California and my business address is 555 West Beech Street, Suite 230 San Diego, California 92101.

On November 3, 2015, I caused the following documents to be served:

1. **PLAINTIFF DESIREE ALVARADO'S NOTICE OF MOTION AND MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS**

2. **PLAINTIFF DESIREE ALVARADO'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS**

3. **DECLARATION OF AGUEDA ANA BALDERAMMA IN SUPPORT OF PLAINTIFF'S MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS**

4. **DECLARATION OF BRIAN J. TRENZ IN SUPPORT OF PLAINTIFF'S MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS**

5. **DECLARATION OF DAVID P. SCHAFER IN SUPPORT OF PLAINTIFF'S MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS**

6. **DECLARATION OF KIRA M. RUBEL IN SUPPORT OF PLAINTIFF'S MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS**

7. **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR REIMBURSEMENT OF ATTORNEY'S FEES AND COSTS**

**BY REGULAR MAIL;** I caused such envelopes to be deposited in the United States mail, at San Diego, CA, with Postage thereon fully prepaid individually, addressed to the parties as indicated.  I am readily familiar with the firm's practice of collection and processing correspondence in the mailing.  It is deposited with the United States postal service each day and that the practice was followed in the ordinary course of business for the service herein attested to. (Fed. R. Civ. P. 5(b) 2) (B). _____

**BY OVERNIGHT SERVICE:** I caused such envelopes to be delivered by Overnight/Express Mail Delivery to the addressees) noted in this Certificate of Service. _____

**BY FACIMILE TRANSMISSION:** I caused a true copy of the foregoing documents) to be transmitted (by facsimile #) to each of the parties mentioned

above at the facsimile machine and as last given by the person on any document which he or she has filed in this action and served upon this office. _____

**VIA ELECTONIC TRANSMISSION:** I caused the document(s) to be sent to the person(s) at the e-mail address(es) listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful. My electronic service address is a krubel@kmrlawfirm.com . A copy of the sent email will be maintained with the original document(s) in our office. ____

**BY ELECTRONIC FILING SERVICE:** By electronically filing the foregoing documents (s) using the CM/ECF system. Service of any electronically filed document upon a CM/ECF User who has consented to electronic service (persons served listed below) is deemed complete upon the transmission of the notice of Electronic Filing ("NEF"). The NEF will be maintained with the original document (s) in our office.  _X__

Brian Trenz: Brian@helpingtexas.com
David P Schafer : David@helpingtexas.com
David J. Kaminski : kaminskd@cmtlaw.com
Charles Robert Messer: messerc@cmtlaw.com
Martin Schannong: schannongm@cmtlaw.com

**BY PERSONAL SERVICE:** I served the person (s) listed below by leaving the documents, in an envelope or package clearly labeled to identify the person being served, to be personally served via _____ on the parties listed on the service list below at their designated business address.
- ☐ By personal delivering the copies;
- ☐ By leaving the copies at the atttorney's office;
    - ☐ With a receptionist or with a person having charge thereof or
    - ☐ In a conspicuous place in the office beterrn the hours of ____ in the morning and five in the afternoon .
- ☐ By leaving the copies at the individual's residence, a conspicuous place, between the hours of eight in the morning and six in the afternoon.

//

//

3

*CERIFICATE OF SERVICE*
*CASE NO.  14-cv-02549-HSG*

1  I declare that I am a member of the bar of this Court and declare under penalty of perjury of the laws of United State of America that the forgoing is true and correct.

Executed on November 3, 2015, in San Diego, California

By:   /s/ Kira M. Rubel
      Kira M. Rubel, Esq.