UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIREE ALVARADO, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HOVG, LLC d/b/a BAY AREA CREDIT SERVICE, a limited liability company,<br><br>　　　　　Defendant. | CASE NO. 3:14-CV-02549-HSG<br><br>**ORDER GRANTING THE PARTIES' JOINT STIPULATION TO MOVE THE HEARING DATE FROM DECEMBER 17, 2015 TO JANUARY 28, 2016** |

　　　Having considered the Parties' stipulation and joint request to move the hearing date for Plaintiff's Motion for Fees, which is currently set for December 17, 2015, the Court hereby finds that THERE IS GOOD CAUSE SHOWN to move the date to January 28, 2016. Accordingly, this Court GRANTS the Parties' stipulation and RESCHEDULES the hearing for Plaintiff's Motion for Fees to January 28, 2016.

　　　**IT IS SO ORDERED.**

DATED: 12/4/2015

　　　　　　　　　　　　　　　　　　　　　　　　Hon. Haywood S. Gilliam, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge